E-FILED
Monday, 24 September, 2007 02:34:52 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
SEP 2 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **CRIMINAL COMPLAINT** |
| TIMOTHY AARON BROWN | CASE NUMBER: 07- 6421 |

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about September 23, 2007, at Henry County, in the Central District of Illinois, the defendant,

**TIMOTHY AARON BROWN**

did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

S/ Jon Johnson

Signature of Complainant
Jon Johnson
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

September 24, 2007                     at    Rock Island, Illinois
Date                                          City and State

                                              S/Thomas J. Shields

Thomas J. Shields, U.S. Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Jon Johnson, being first duly sworn upon oath, deposes and states as follows:

1. I am employed as a Special Agent with the U.S. Drug Enforcement Administration (DEA), and has been so employed since May of 1987. I am aware of the information set forth below through discussions with other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included each and every fact known to me concerning this investigation.

2. On September 23, 2007, a trooper from the Illinois State Police stopped a vehicle on eastbound Interstate 80 in Henry County, Illinois, for a traffic violation. Subsequent to the traffic stop, the driver and sole occupant of the vehicle was identified as Timothy Aaron Brown.

3. Brown refused consent to search his vehicle but the trooper utilized his narcotics detection canine and received a positive alert for the presence of narcotics. During a subsequent search of the vehicle approximately 17 kilograms of cocaine were located in the back of vehicle. The cocaine was field tested and the field test indicated positive for the presence of cocaine. The trooper also located four cellular telephones in the vehicle.

4. Brown was arrested and subsequently provided a post-*Miranda* statement to law enforcement personnel. Brown admitted that he picked up the 17 kilograms of cocaine in Los Angeles, California.

S/Jon Johnson

Jon Johnson, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my
presence this 24th day of September, 2007.

S/Thomas J. Shields

Thomas J. Shields
United States Magistrate Judge