**E-FILED**
Wednesday, 17 October, 2007  03:47:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

**FILED**

OCT 1 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 07- 40094 |
| v. | ) | |
| | ) | |
| TIMOTHY AARON BROWN, | ) | VIO: Title 21, United States Code, |
| | ) | Sections 841(a)(1) and |
| | ) | 841(b)(1)(A). |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

On or about September 23, 2007, in Henry County, in the Central District of Illinois, the

defendant,

**TIMOTHY AARON BROWN,**

did knowingly and intentionally possess with intent to distribute five kilograms or more of a

mixture and substance containing a detectable amount of cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL

S/Foreperson

FOREPERSON

S/John Mehochko for

RODGER A. HEATON
UNITED STATES ATTORNEY
SLD