E-FILED
Tuesday, 23 October, 2007 02:31:33 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br><br>Timothy A. Brown<br>Defendant | )<br>)<br>)<br>) CASE NO. 07-40094<br>)<br>)<br>) |

**FILED**
OCT 23 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:15 am** on **December 7, 2007** in person in Rock Island.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, December 17, 2007**

at

[ ] Peoria, Illinois

[**XX**] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 23rd day of October, 2007

S/Thomas J. Shields
_____
THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE

07-40093 Brown SO 102307.wpd