**E-FILED**
Friday, 11 January, 2008  10:09:41 AM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT ROCK ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Criminal No. 07-40094** |
| | ) | |
| **TIMOTHY AARON BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### GOVERNMENT'S MOTION TO CONTINUE SUPPRESSION HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby states as follows:

1.   This matter is currently set for a suppression hearing on Wednesday, January 23, 2008.

2.   The case agent in this matter, who will be needed to testify at the suppression hearing, will be unavailable on January 23, 2008.

3.   The undersigned Assistant United States Attorney has contacted counsel for the above defendant, who indicated that he has no objection to the government's request to continue the defendant's sentencing hearing.

 5.   This request is not intended for purpose of delay, but in order to ensure a just and efficient disposition to the defendant's case.

WHEREFORE, the government respectfully requests that the hearing on the

defendant's sentencing be continued until after January 23, 2008.


Respectfully submitted,

Rodger A. Heaton
United States Attorney

BY:    /s/ Sara Darrow
SARA DARROW
Assistant United States Attorney
1830 Second Avenue, Third Floor
Rock Island, Illinois 61201
Telephone (309) 793-5884


## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I electronically filed the foregoing Government's Motion To Continue Suppression Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Taseff

/s/ Sara Darrow
SARA DARROW
Assistant United States Attorney