UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 07-40094 |
| | ) | |
| TIMOTHY A. BROWN, | ) | Hearing Requested |
| | ) | |
| Defendant. | ) | |

MOTION TO CONTINUE
HEARING ON MOTION TO SUPPRESS EVIDENCE

Now comes the Defendant, TIMOTHY A. BROWN., by his attorney, and pursuant to Title 18, U.S.C., § 3161(h)(8), moves this Court for the entry of an Order continuing the hearing on the Defendant's motion to suppress evidence scheduled for April 7, 2008, at 1:00 p.m., in Peoria, Illinois, to a future date, and in support thereof, states as follows:

1.  That this cause is scheduled for a hearing on the Defendant's motion to suppress evidence for April 7, 2008, at 1:00 p.m., in Peoria, Illinois, before United States District Judge Joe B. McDade.

2.  That after meeting with the Defendant at the Henry County Jail in Cambridge, Illinois, on April 3, 2008, the undersigned defense counsel and the Defendant agree that they additional time to secure the appearance of one or more

1

out of state witnesses who will testify to matters concerning the Defendant's standing to challenge the search of the vehicle he was driving at the time it was stopped by the Illinois State Police. Further, Defendant insists that the undersigned defense counsel conduct additional investigation and tests in preparation of the hearing on the motion, and to obtain various items of documentary evidence which are the subject of various subpoenas which have been served upon the Illinois State Police.

3.   That the ends of justice will best be served by continuing the scheduled sentencing hearing to a future date for the reasons stated herein.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the hearing on the Defendant's motion to suppress evidence scheduled for April 7, 2008, at 1:00 p.m., in Peoria, Illinois, to a future date.

        TIMOTHY A. BROWN, Defendant

        RICHARD H. PARSONS
        Chief Federal Public Defender

        /s/George F. Taseff
        Ill. Bar Number: 6180419
        Attorney for Defendant
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        FAX:   309/671-7898

## CERTIFICATE OF SERVICE

  I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Ms. Sara L. Darrow, Assistant United States Attorney, 1830 Second Street, Suite 320, Rock Island, IL 61201.

           /s/George F. Taseff
           Ill. Bar Number: 6180419
           Attorney for Defendant
           Assistant Federal Public Defender
           401 Main Street, Suite 1500
           Peoria, Illinois 61602
           Phone: 309/671-7891
           FAX: 309/671-7898