E-FILED
Tuesday, 29 April, 2008 01:58:38 PM
Clerk, U.S. District Court, ILCD

FILED
APR 29 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

4-29-08

To Judge Joe Billy McDade

Your Honor I, Timothy A. Brown, am writing this letter to you in Peace and hopefully that you may understand why I'm writing to you in reference to my case # 4:07-cr-40094-JBM-JAG

Anyway I've asked my attorney George F. Taseff to have certain issues be subpoena to me. Which I've not yet been given. If you can, your Honor I wish to have you set up a date with me, you, my attorney, and the prosecutor before my suppression hearing comes up again. I've also written a letter to my attorney in seeking these matter's I've been requesting for the past 2 month's or so. Plus the legal issues that I want subpoena is all public information.

Also your Honor I don't want you to feel as though you are wasting your time in this. I just want a chance to prove that I was improperly arrested. So please your Honor I pray that you make this appointment.

If in anyway I've made the wrong decision writing to you like this your Honor by all means I'm truly sorry, but I didn't know what else to do. Thank you for taking the time to read this and God bless. I truly mean that!

Sincerely
Timothy A. Brown