E-FILED
Wednesday, 30 April, 2008 05:50:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 07-40094 |
| TIMOTHY A. BROWN, | ) |
| Defendant. | ) |

MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL

Now come George F. Taseff and the Office of the Federal Public Defender for the Central District of Illinois, and move this Court for the entry of an Order granting them leave to withdraw as the counsel of record for the Defendant, TIMOTHY A. BROWN, in the above-entitled cause on the ground that there now exists a complete and irreconcilable breakdown of the attorney-client relationship between the Defendant and his undersigned counsel such that the undersigned counsel now believes that it is impossible for him to continue to represent the Defendant in the above-entitled cause.

The undersigned counsel further requests that this court conduct an *in camera* hearing with the Defendant and counsel so that counsel can set forth his specific reasons for seeking to withdraw from representation of the Defendant in this case.

RICHARD H. PARSONS,

Chief Federal Public Defender

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Ms. Sara Dararow, Assistant United States Attorney, 1830 Second Avenue, Suite 320, Rock Island, IL 61201.

I further certify that on May 1, 2008, I mailed a copy of the foregoing instrument to Mr. Timothy A. Brown, c/o Henry Co. Jail, 311 W. Center St., Cambridge, IL 61238.

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org