E-FILED
Tuesday, 03 June, 2008  03:44:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-40094 |
| | ) | |
| TIMOTHY A. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE HEARING

Comes now the Defendant, TIMOTHY A. BROWN, by and through his attorney, Donovan S. Robertson, and for his Motion to Continue Hearing states to the Court as follows:

1. This case is currently set for hearing on a Motion to Suppress on Monday, June 9, 2008, at 1:30 P.M. in Peoria, Illinois in front of the Honorable Joe B. McDade.

2. Counsel for the Defendant was only recently appointed to this case in May, 2008 as replacement counsel for the Federal Public Defender, George Taseff.

3. Replacement counsel has met with the Defendant, as well as Mr. Taseff to ascertain the issues in the case, and to determine the appropriate course in this case.

4. It is clear to counsel that he will need some additional time in which to address all of the issues which are of concern to his client.

5. The Motion to Suppress in this case may well be case dispositive, and, as such, is of extreme concern to the Defendant.

6. Counsel's schedule in May has been extremely heavy, including three appellate briefs due to the United States Court of Appeals (2) and one to the Illinois Appellate Court.

7. Counsel would request a brief continuance of the hearing on the Motion to Suppress of approximately 4 to 6 weeks.

8. The United States (Sara Darrow) is aware of this motion and has no objection to the requested relief.

9. Counsel has discussed the matter of continuance with his client, who is aware that the continuance would toll the running of any speedy trial issues.

WHEREFORE, a brief continuance is requested of 4 to 6 weeks to allow counsel to properly prepare.

                                          Timothy A. Brown, Defendant

/s/    Donovan S. Robertson
Donovan S. Robertson

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 3, 2008.

By: CM/ECF

/s/    Donovan S. Robertson
Donovan S. Robertson

Donovan S. Robertson
100 - 17th Street, Suite 405
Rock Island, Illinois   61201
(309) 793-4005
drobertson @ cgslawfirm.com