IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-40094 |
| | ) | |
| TIMOTHY A. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

Comes now the Defendant, TIMOTHY A. BROWN, by and through his attorney, Donovan S. Robertson, and for his Motion to Continue the hearing on Defendant's Motion to Suppress, states to the Court as follows:

1. This case is currently set for hearing on August 1, 2008 at 1:00 P.M.

2. Defendant's counsel needs additional time in which to attempt resolution of this matter, short of hearing.

3. Defense counsel has been in negotiations with the government, A.U.S.A. Sara Darrow, and those negotiations will be to no avail should this case to go hearing, *i.e.,* the government's offer will be withdrawn.

4. The Defendant is facing a mandatory minimum sentence of twenty (20) years in this matter should he be convicted of the offense charged.

5. Ms. Darrow has been informed of this motion, and has no objection to the granting of the relief sought.

6. Counsel would note that he is successor counsel in this matter to the Federal

Public Defender, Attorney Taseff, having withdrawn as counsel in April of 2008.

7. A continuance of no more than four (4) weeks would allow counsel to complete resolution of this matter, one way or another.

WHEREFORE, the Defendant, Timothy A. Brown, prays for a continuance of the hearing on the Motion to Suppress for a period of approximately four (4) weeks.

Timothy A. Brown, Defendant

/s/    Donovan S. Robertson
       Donovan S. Robertson

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on July 29, 2008.

By: CM/ECF

/s/    Donovan S. Robertson
       Donovan S. Robertson

Donovan S. Robertson
100 - 17th Street, Suite 405
Rock Island, Illinois   61201
(309) 793-4005
drobertson @ cgslawfirm.com